# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2021 DEC 16
MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **CRIMINAL COMPLAINT** |
| v. | Case Number: 21-MJ-75-S |
| SHANE DUANE BLACKBURN, | |
| Defendant. | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about November 24, 2021, in the District of Wyoming, the Defendant, **SHANE DUANE BLACKBURN**, with intent to cause death or serious bodily harm, took a motor vehicle that had been transported in interstate commerce from a person by force and violence

In violation of 18 U.S.C. § 2119.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

*(See attached Sworn Statement)*

Continued on the attached sheet and made a part hereof.

_____
Signature of Complainant
SCOTT JENSEN

Sworn to before me and subscribed in my presence,

December 16, 2021         at     Cheyenne, Wyoming
Date                                     City and State

HON. KELLY H. RANKIN
Chief, United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

# SWORN STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT
# SPECIAL AGENT SCOTT JENSEN
# U.S. v. SHANE DUANE BLACKBURN

I, Scott Jensen, being duly sworn, state as follows:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed since October 2005. I have been assigned to the FBI office in Lander, Wyoming since April 2015, where my primary area of responsibility has been investigating violent felony offenses on the Wind River Indian Reservation (WRIR), an area of special federal jurisdiction.

2. The information contained within this sworn statement is based upon interviews conducted by me and other officers and investigators; my personal knowledge and observations; my training and experience; and the review of reports, documents, and records.

3. Because this sworn statement is being submitted for the limited purpose of establishing probable cause to show that the Defendant, SHANE DUANE BLACKBURN, committed a violation of federal law, carjacking, in violation of Title 18 U.S.C. § 2119, I have not included each and every fact known concerning this investigation, but have set forth only the facts I believe are necessary for this limited purpose.

4. GJ is 82 years old. He is 5'10" tall and weighs about 185 lbs. On the morning on November 24, 2021, GJ purchased groceries, in preparation for Thanksgiving, at Hines General Store, located at 14597 US-287, Fort Washakie, Wyoming. When GJ exited the store there was a man outside asking for a ride. GJ later learned this man was SHANE DUANE BLACKBURN. Because it was cold that morning and the day before Thanksgiving, GJ agreed to give SHANE DUANE BLACKBURN a ride in his 2014 Toyota Sienna minivan. The men left the Hines General Store parking lot together in GJ's van headed south toward Lander, Wyoming on US-287. GJ was driving and SHANE DUANE BLACKBURN sat in the front passenger seat.

5. According to GJ, the two had not driven very far when SHANE DUANE BLACKBURN got a mean look on his face and turned and reached into the back seat and then he started to throw things around. GJ had groceries, books, and some tools in the back seat. GJ told SHANE DUANE BLACKBURN to "knock it off." In an attempt to get SHANE DUANE BLACKBURN's attention and hopefully cause him to stop, GJ lied to SHANE DUANE BLACKBURN about a weapon being under his seat. He told SHANE DUANE BLACKBURN that if he did not stop throwing things around then GJ would use the weapon. This ruse did not work. SHANE DUANE BLACKBURN looked even more terrible and mean.

6. According to GJ, as he continued driving, SHANE DUANE BLACKBURN suddenly lunged at GJ pinning him against the seat and the car door. SHANE DUANE BLACKBURN then started to "beat the hell" out of GJ. Fearful that they would crash into oncoming traffic and unable to defend himself while struggling to keep the vehicle under control, GJ was able to pull over and stop the car. Before GJ could get the keys from the ignition SHANE DUANE BLACKBURN opened the driver door and pushed GJ to the ground. SHANE DUANE BLACKBURN followed GJ out of the vehicle, landing on top of GJ. While on top of GJ, SHANE DUANE BLACKBURN continued to strike GJ. There was nothing GJ could do to stop SHANE DUANE BLACKBURN. At some point GJ was able to roll over onto his stomach in an attempt to get up. Once he rolled over, SHANE DUANE BLACKBURN started to repeatedly slam GJ's head into the gravel covered ground.

7. JB was driving north on US-287 when she witnessed GJ being pushed from his vehicle by SHANE DUANE BLACKBURN. She witnessed GJ being assaulted and pulled over to render aid and call 911. As JB pulled over, SHANE DUANE BLACKBURN stopped the assault on GJ and got into GJ's van and drove away, heading south. SHANE DUANE BLACKBURN was subsequently arrested in the parking lot of the Shoshone Rose Hotel and Casino by Wind River Police

Department / Bureau of Indian Affairs Officer Steven Fisher. Before booking SHANE DUANE BLACKBURN into tribal jail, Officer Fisher drove SHANE DUANE BLACKBURN back to where GJ was waiting on the side of the road for EMS. GJ positively identified SHANE DUANE BLACKBURN as the man who had assaulted him and stolen his van.

8. During SHANE DUANE BLACKBURN's assault, GJ sustained several injuries including a large abrasion on his forehead, bruising about his face, including two black eyes, and lacerations on his left hand, left wrist, and left knee. A laceration above his right eye required stitches.

9. The vehicle driven by GJ on 11/14/2021 was a 2014 Toyota Sienna. According to an article dated September 13, 2013 published on pressroom.toyota.com/2014-toyota-sinna-awd, the 2014 Toyota Sienna minivans were assembled at Toyota Motor Manufacturing Indiana, in Indiana. According to Google Maps Toyota Motor Manufacturing Indiana is located at 4000 Tulip Tree Drive, Princeton, Indiana 47670. The 2014 Toyota Sienna owned by GJ on 11/24/2021 was manufactured in Indiana and thus transported in interstate commerce.

10. SHANE DUANE BLACKBURN was interviewed in the Wind River Detention Facility on 11/30/2021. During his interview he stated that he had taken methamphetamine for the first time the morning of 11/24/2021 and as a result was "freaking out" that day. He recalled being at Hines General Store and asking many people for a ride. No one granted his request until one man finally did. SHANE DUANE BLACKBURN did not know this man, did not recall what he looked like, or what he drove. SHANE DUANE BLACKBURN did remember that the man had cleaning supplies in the back seat and the man told him that he had a firearm under his seat. SHANE DUANE BLACKBURN recalled asking to get out of the car at this point. Asked if he recalled being violent with the man giving him a ride, SHANE DUANE BLACKBURN said "not really."

SHANE DUANE BLACKBURN is a 33 year old man who is approximately 6'2" tall and weighs approximately 300 lbs.

**END OF SWORN STATEMENT**

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | SHANE DUANE BLACKBURN |
| **DATE:** | December 16, 2021 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | **18 U.S.C. §§ 2119**<br>(Carjacking)<br><br>0-25 Years Imprisonment<br>$250,000 Fine<br>0-3 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Scott Jensen, FBI |
| **AUSA:** | Michael J. Elmore, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |

4